IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT DAMON RICHARDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | No. 3:17-CV-2747-D |
| | § | |
| MITCH BATES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case and of the August 9, 2018 findings, conclusions, and recommendation of the United States Magistrate Judge, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, except the court concludes that the dismissal should be with prejudice, not without prejudice. Accordingly, the court grants defendant's January 22, 2018 motion to dismiss and dismisses this action with prejudice by judgment filed today.

**SO ORDERED**.

September 6, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE